AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

AMALGAMATED LITHOGRAPHERS OF
AMERICA-LITHOGRAPHIC INDUSTRY
PENSION PLAN,
        Plaintiff,
        V.

UNZ & CO. INCORPORATED,
        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 7046

TO: (Name and address of Defendant)

UNZ & CO. INCORPORATED
201 Circle Drive North, Suite 104
Piscataway, NJ 08854

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Kennedy
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY, 1003

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    AUG 0 7 2008

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Attorney: KENNEDY, JENNIK & MURRAY, P.C.
ATTORNEYS AT LAW

AMALGATED LITHOGRAPHERS OF AMERICA-LITHOGRAPHIC INDUSTRY PENSION PLAN

Plaintiff(s)

Index # 08 CIV 7046

- against -

UNZ & CO. INCORPORATED

Purchased August 7, 2008

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 13, 2008 at 05:25 PM at

201 CIRCLE DRIVE NORTH, SUITE 104
PISCATAWAY, NJ 08854

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE MCMAHON, ELECTRONIC CASE FILING RULES & INSTRUCTION on UNZ & CO. INCORPORATED therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JERRY CAHILL personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE MCMAHON, ELECTRONIC CASE FILING RULES & INSTRUCTION as said Defendant and knew said individual to be the GENERAL-AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN/GREY | 50 | 5'7 | 170 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 19, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

DAN KNIGHT

Invoice #: 467696

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728